IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTEN ANN BRYANT, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. No. 4:16-cv-02515 |
| | § | |
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL

The parties having advised the Court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED that all claims asserted or assertable herein by Plaintiff against Defendant are released and DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO ORDERED.

SIGNED this _____ day of _____, 2017.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED TO:

By: /s/ *J. Anthony Vessel*  
    J. Anthony Vessel  
    Texas Bar No. 24084019  
    S.D. ID #1692384  
    anthony@marcwhitehead.com  
    Attorney-in-Charge

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, L.L.P.
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: (713) 228-8888
Facsimile: (713) 225-0940

ATTORNEY FOR PLAINTIFF
KRISTEN ANN BRYANT

By: /s/ Ryan K. McComber  
    Ryan K. McComber  
    Texas Bar No. 24041428  
    S.D. ID # No. 621887  
    ryan.mccomber@figdav.com  
    Attorney-in-Charge

FIGARI + DAVENPORT, LLP
901 Main Street
Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT
STANDARD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all other will be served via certified mail, return receipt requested on the 2nd day of ~~July~~ August, 2017.

/s/ *Ryan K. McComber*  
Ryan K. McComber